UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL E. BIBBS,<br>　　　　　Plaintiff,<br>　　v.<br>HAL WILLIAMS, et al.,<br>　　　　　Defendants. | Case No. 19-cv-03334-PJH<br><br>**ORDER REOPENING CASE** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983. The complaint was dismissed with leave to amend, but plaintiff failed to file an amended complaint, so the case was closed. Plaintiff later submitted a letter stating that he was transferred temporarily without notice and is back at the prison. On December 31, 2019, the court issued an order informing plaintiff that if he wished to proceed with this case, he must file an amended complaint by February 3, 2020, and a brief motion to reopen. Plaintiff has timely filed an amended complaint and requested the case be reopened.

The judgment in this case (Docket No. 16) is **VACATED** and the case is **REOPENED**. The court will review the amended complaint in due course.

**IT IS SO ORDERED.**

Dated: February 6, 2020

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge