UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL E. BIBBS,

         Plaintiff,

    v.

HAL WILLIAMS, et al.,

         Defendants.

Case No.  19-cv-03334-PJH

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983.  The court dismissed the amended complaint with leave to amend after discussing the deficiencies of the complaint.  The time to file a second amended complaint has passed and plaintiff has not submitted a second amended complaint or otherwise communicated with the court.  The case is **DISMISSED** for the reasons set forth in the prior order.

    **IT IS SO ORDERED.**

Dated: June 30, 2020

                     _/s/ Phyllis J. Hamilton_

                     PHYLLIS J. HAMILTON
                     United States District Judge

United States District Court
Northern District of California